IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

CORD HARRIS,                      )
                                  )
              Plaintiff,           )
                                  )
     v.                           )    No.  13 C 5470
                                  )
COOK COUNTY MUNICIPALITY          )
OFFICER CARREELL, et al.,         )
                                  )
              Defendants.          )

                       <u>MEMORANDUM ORDER</u>

     After several attempts this Court has obtained from pro se

plaintiff Cord Harris ("Harris") the forms needed to permit his

self-prepared 42 U.S.C. §1983 ("Section 1983") action to go

forward.  It has now been made clear that there were <u>no</u> deposits

in any amount to Harris' trust fund account at the Cook County

Jail ("Jail") during the six-month period made relevant by 28

U.S.C. §1915,[1] so that Harris can go forward under the special

IFP rules made applicable by that section to persons in custody,

with no initial payment on account of the $350 filing fee being

required at this time.  Harris, however, must pay that entire fee

in future installments.

     For that purpose the trust fund officer at the Jail (or at

any other correctional facility where Harris may hereafter be

confined) is authorized to collect monthly payments from Harris'

trust fund account in an amount equal to 20% of the preceding

_____

     [1] Further citations to provisions of Title 28 will take the
form "Section --," omitting the prefatory 28 U.S.C.

month's income credited to the account.  Monthly payments collected from the trust und account shall be payable to the "Clerk of Court" each time the amount in the account exceeds $10 until the full $350 filing fee is paid and shall be forwarded to:

>     Office of the Clerk
>     United States District Court
>     219 South Dearborn Street
>     Chicago IL 60604
>
>     Attention:  Fiscal Department

All future payments called for in this memorandum order shall clearly identify Harris' name and the 13 C 5470 case number assigned to this action.  To implement these requirements, the Clerk shall send a copy of this memorandum order to the Jail trust fund officer.

As anticipated in this Court's August 15 memorandum order, Harris' Motion for Attorney Representation ("Motion") is also granted.  This Court has obtained the name of the following member of this District Court's trial bar, who is ordered to represent Harris pro bono publico under the LRs adopted by this Court:

>     William J. Serritella, Jr., Esq.
>     Aronberg Goldgehn Davis & Garmisa
>     330 North Wabash Avenue #1700
>     Chicago IL 60611
>     312-828-9600

Finally, this action is set for an initial status hearing at 9 a.m. October 22, 2013.  In the meantime the appointed counsel is (1) expected to meet with Harris (who had earlier filed a

Motion for Leave To File an Amended Complaint but has not done so), (2) to cause service to be made on defendants and (3) to engage in any other preliminary procedures that are feasible under the circumstances.

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date: September 12, 2013