IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CORD HARRIS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 5470 |
| | ) | |
| **COOK COUNTY**, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This Court grants the just-filed unopposed motion of defendants in this 42 U.S.C. § 1983 action to file their Answer to the Amended Complaint brought by Cord Harris. Entry of this memorandum order rather than a simple minute entry is occasioned by an error in that Answer that, though clearly non-earthshaking, requires correction.

Both Answer ¶ 30 and Answer ¶ 36 seek to invoke the disclaimer provision of Fed. R. Civ. P. ("Rule") 8(b)(5) as to a portion of the allegations in the corresponding paragraphs of the Amended Complaint. But because the attempted disclaimers do not track the clear provisions of that Rule as they should, defense counsel is ordered to file an amendment to those two paragraphs (not a self-contained Amended Answer) on or before January 27, 2014.

                                                                 Milton I. Shadur
                                                                  Senior United States District Judge

Date: January 15, 2014